IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE L. CARPER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV293 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL D. CARPER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's application to proceed in district court without prepaying fees or costs (Filing No. 2) and on plaintiff's request for summons (Filing No. 3). Inasmuch as plaintiff has paid the full filing fee (see clerk's entry of October 20, 2014), and inasmuch as a summons form was issued to plaintiff (see clerk's entry of October 21, 2014), the plaintiff's requests will be denied as moot. Accordingly,

IT IS ORDERED that plaintiff's application to proceed *in forma pauperis* and her request for summons form are denied as moot.

DATED this 21st day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court