IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE LYNN CARPER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV293 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL DANIEL CARPER, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) The defendant's motion to dismiss (Filing No. 13) is granted.

2) The plaintiff's motion (Filing No. 15) is denied as moot.

3) The plaintiff's motions (Filing No. 17, Filing No. 18, Filing No. 19, Filing No. 20 and Filing No. 22) are denied.

4) Plaintiff's motion for partial summary judgment (Filing No. 24) is denied.

5) Plaintiff's motion for miscellaneous relief (Filing No. 25) is denied.

6) The plaintiff's amended complaint is dismissed with prejudice.

7) The plaintiff's motion (Filing No. 11) is granted. The defendant shall reimburse the plaintiff the sum of $51.75.

DATED this 5th day of January, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court