IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE LYNN CARPER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV293 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL DANIEL CARPER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for leave to file second amended complaint (Filing No. 28). Because this action has been dismissed with prejudice, plaintiff's motion will be denied. Accordingly,

IT IS ORDERED that plaintiff's motion to file a second amended complaint is denied.

DATED this 8th day of January, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court