```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

JULIE LYNN CARPER,              )
                                )
               Plaintiff,       )          8:14CV293
                                )
       v.                       )
                                )
MICHAEL DANIEL CARPER,          )            ORDER
                                )
               Defendant.       )
_____ )
```

This matter is before the Court on two motions. First, plaintiff asks (Filing No. 30) the Court to reconsider its order (Filing No. 27) dated January 5, 2015, dismissing her case. That motion will be denied.

Second, plaintiff seeks leave to appeal in *forma pauperis* (Filing No. 34). Plaintiff has submitted the requisite information to the Court. After review of the plaintiff's documents, the Court will deny her motion to proceed in *forma pauperis*. The plaintiff has a job with income sufficient to pay the $505 filing fee (Filing No. 34, at 1). The docket reflects that the plaintiff had sufficient funds to pay the $400 filing fee in district court on October 20, 2014, and that her motion to proceed in *forma pauperis* was denied as moot (Filing No. 8).

IT IS ORDERED that plaintiff's motions (Filing No. 30 and Filing No. 34) are denied.

DATED this 6th day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court