IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE L. CARPER, ) | |
| ) | |
| Plaintiff, ) | 8:14CV293 |
| ) | |
| v. ) | |
| ) | |
| MICHAEL D. CARPER, ) | ORDER |
| ) | |
| Defendant. ) | |

This matter is before the Court on plaintiff's motion (Filing No. 44) for an "expeditious hearing." The Court granted the defendant's motion to dismiss (Filing No. 27) on January 5, 2015. The Eighth Circuit affirmed the Court's order and judgment on July 17, 2015 (Filing No. 43). The case is closed.

IT IS ORDERED that plaintiff's motion is denied.

DATED this 23rd day of July, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court